NUMBER 13-05-324-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________

 

 

          IN RE SOUTHWESTERN BELL TELEPHONE CO.,
L.P.

 

_______________________________________________________

 

                      On Petition for Writ of
Mandamus 

_______________________________________________________

 

                     MEMORANDUM OPINION

 

                       Before Justices Yañez, Castillo, and Garza 

                            Per Curiam Memorandum Opinion[1]

 

Relator, Southwestern
Bell Telephone Co., L.P., filed a petition for writ of mandamus in
the above cause on May 16, 2005. 
Pursuant to a request from the Court, the real parties in interest filed
a response to the petition for writ of mandamus on June 6, 2005.  Relator filed a reply thereto on June 14,
2005. 








          The
Court, having examined and fully considered the petition for writ of mandamus,
response, and reply, is of the opinion that relator has not shown itself
entitled to the relief sought and the petition for writ of mandamus should be
denied.  See Tex. R. App. P. 52.8.  Accordingly, the petition for writ of
mandamus is DENIED. 

PER CURIAM

 

 

Memorandum Opinion delivered and filed

this 16th day of June, 2005.

 











[1]
See Tex.
R. App. P. 47.1.